732

Commonwealth *v.* Berry, Appellant.

Sub-mitted June 9, 1969. *Ernest J. Gazda, Jr.,* for appellant; *Robert W. Munley,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Blount, Appellant.

Submitted June 9, 1969. *Marvin Comisky* and *Berle M. Schiller,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Blount, Appellant.

Submitted June 12, 1969. *Marvin Comisky, Richard M. Rosenbleeth, Berle M. Schiller,* and *Blank, Rome, Klaus & Comisky,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.